IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Interpool, Inc. <br> d/b/a TRAC Intermodal <br><br>    Plaintiff, <br><br> v. <br><br> Mega Empire Incorporated <br><br> and <br><br> Sotby Transatlantic Line, Inc., <br><br>    Defendants. | \* <br><br> \*  Civil Action No. 20-770-ENV-CLP <br><br> \* <br><br> \* <br><br> \* <br><br> \* <br><br> \* <br><br> \* <br><br> \* |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

**RETURN OF SERVICE ON MEGA EMPIRE INCORPORATED –
CLERK'S CERTIFICATE OF DEFAULT**

I certify that on December 28, 2020 I caused the Clerk's Certificate of Default also of this date [ECF 22] pursuant to this Court's Order [ECF 19] providing for service of process to defendant Mega Empire Incorporated to be served by email to megaempirenj@invoicehome.com, to be emailed to that email address as provided in this Court's Order. A true and correct copy of the email and delivery confirmation is as follows:

---

**From:** Microsoft Outlook
**Sent:** Monday, December 28, 2020 2:37 PM
**To:** J. Stephen Simms
**Subject:** Relayed: Interpool/ Trac v. Mega Empire

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

megaempirenj@invoicehome.com (megaempirenj@invoicehome.com)

- 2 -

Subject: Interpool/ Trac v. Mega Empire
_____

**From:** J. Stephen Simms
**Sent:** Monday, December 28, 2020 2:38 PM
**To:** 'megaempirenj@invoicehome.com'
**Cc:** Debra M. Hnat; Christopher J. Lyon; Catherine M. Benson
**Subject:** Interpool/ Trac v. Mega Empire
**Importance:** High

To: Mega Empire Incorporated

Sirs/ Mesdames:

We are Trac Lease counsel and further per the Court's Order, attached, serve you with the attached Clerk's Certificate of Default in Case No. 20-cv-0770, Interpool, Inc. v. Mega Empire Incorporated.

Sincerely,
**J. Stephen Simms** | **SIMMS SHOWERS LLP**
O: 410-783-5795 | D: 443-290-8704
M: 410-365-6131 | F: 410-510-1789
jssimms@simmsshowers.com | www.simmsshowers.com
_____

Service on defendant Mega Empire Incorporated of the Clerk's Certificate of Default [ECF 22] therefore is complete as of this date, per this Court's Order [ECF 19].

Dated: December 28, 2020.

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Phone:    (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 28, 2020, a copy of the foregoing was filed on the Court's CM/ECF system for service on all counsel of record.

/s/ J. Stephen Simms